**FILED**

HARRISBURG, PA

DEC 2 1 2021

PER_____I₿ᴿ_____
DEPUTY CLERK

In Federal Court - lawsuit

Plaintiff - Liptok John J

Vs

Defendent - Face Book
           Mr. Mark Zuckerberg

Grounds for lawsuit -
Rights Violations -
Retaliation -
slander -
Defamation -
Character Assassination -
False Inprisonment -
Operating a Virtual Prison with NO RIGHTS , NO courts , NO evidence , NO lawyers ,
      Creating hardship , stress , mental and physical damages , endangering  people ,

The timeframe of the crimes is from 2019 - 2021
The place the crimes took place are Internet , at My home , Pottsville Pa .

Why am I seeking compensation - Because Facebook and mr Zuckerberg have Violated my
rights and have caused me harm and damages .
Under the law any  person has the RIGHT to sue for damages and have said lawsuit go to a Jury
Trial so a Jury gets to hear the evidence and do the justice .

In Federal Court  - lawsuit

Plaintiff - Liptok John J
1803 West Norwegian Street Pottsville Pennsylvania 17901
5706282739
colonelliptok@msn.com

Defendent - Face book / Mr Mark Zuckerberg
1 Hacker Way Menlo Park California 94025
6508531300
info@facebookmail.com

In Federal court - lawsuit

Plaintiff - Liptok John J

Argument -
Anyone under the law has a Right to sue for damages with or without an attorney in court .
It would be in the best Interest of the general public to take this issue to a jury trial .
Facebook and Mr mark Zuckerberg have created a social media site and also created a
"Virtual PRISON " forcing anyone and everyone to be subject to it under rules that are bias
racial , sexist , against everyones rights , and have NO legal boundary .
Face book , throws you in this prison just because someone flagged you , because they JUST HIT
A BUTTON , NO OTHER REASON .
Face book throws you in PRISON because you tell the truth and facts .
Face book throws you in PRISON because some one ATTACKED YOU .
Face book throws you in PRISON and says "sorry we cant hear your appeal because of the
pandemic there are NO PEOPLE WORKING " then WHO threw you in PRISON ?
Face book throws you in PRISON and IF you can appeal the APPEALS are fake and the people
never get back to you .
I have been put in PRISON 3 days , 7 days , 30 days , 24 hrs , I have been kicked off MY profile
several times because I delted friends ? And this happened MANY MANY TIMES .
I keep in touch with my daughter through FACEBOOK .
And Now she has been taken into sex trafficking , she is 1800 miles from home and CAN NOT
get in touch with me because FACE BOOK threw me in PRISON AGAIN for NO REASON .
If she tried to reach out , I CAN NOT RESPOND .
WHO is FACE BOOK / Mark Zuckerberg to even create a PRISON?
HE has NO RIGHT TO DO SO
NO RIGHT to Imprison ANY ONE ,in real life or VIRTUAL .
Face book and mr zuckerberg have taken everyones rights away from them and keep doing it .
I am a Politician , an Independent , I have ran for mayor , senator , congress , and 4 TIMES
for US President and have set a world record doing that .
I recently threw my name in to run for Governor of PA , the second time , and FACE BOOK
THREW ME IN PRISON .  WHY ? Because I am an Independent .
I ran a campaign on this platform and because of it , I had 3500 friends , and many others
who were friends with them , all who VOTED for me . In 2020 Election I had over 2 MILLION
VOTES for President of the USA . And FACE BOOK puts me in PRISON every time I say
ANYTHING POLITICAL ...
My wife plays organ at church , If I say any religious things Igo to PRISON .
If someone attacks me , I make the REPORT to facebook and I GET put in PRISON .
My freedoms are UNDER ATTACK by FACEBOOK And Mark Zuckerberg and his Company .
I have screen shot everything and put it on disk .

In Federal Court - Lawsuit

Plaintiff - Liptok John J
vs
Face Book / Mr Mark Zuckerberg

Injuries -
Besides being depressed , cant eat , cant sleep , anxiety , headaches , stomach issues ,
the emotional pain and suffering , mental anguish , If I seek medicaltreatment or mental help ,
those are BILLS that face book is liable for , any income loss , any and all legal bills , any and all
filing costs , all part of the Compensatory damages .

Rights violations , retaliation on a whistle blower ( as I have reported the criminal acts to Federal
agencies ) My time is worth $3500 an hour and I have over 100 hours trying to get this issue
resolved .

Any and ALL Punitive damages -

I shall ask the Jury to award more than$10 Million and hit the companyfor criminal acts
I shall also ask the jury to act on " forcing the closure of FACE BOOK PRISON " .

There for I am demanding a Jury Trial
Also filing Indigent , and that the courts make the defendent pay all costsand fees including the
serving of the papers .

Signed - PRO SE PLAINTIFF Liptok John J

Plaintiff -
Liptok, John J.
1803 West Norwegian Street
Pottsville, Pennsylvania 17901

 

U.S. POSTAGE PAID
FCM LG ENV
ORWIGSBURG, PA
17961
DEC 20, 21
AMOUNT
**$1.36**
R2305K141118-03

1000    17109

RECEIVED
HARRISBURG, PA

DEC 21 2021

PER_____
DEPUTY CLERK

Office of The Clerk
United States District Court
United States Court house
228 Walnut Street
Po box 983
Harrisburg, Pennsylvania 17108